**Order entered October 3, 2022**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00185-CV

## IN THE INTEREST OF D.M., A MINOR CHILD

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-19-03631**

## ORDER

Before the Court is appellants' September 29, 2022 motion for extension of time to file their brief. Appellants explain the extension is necessary because the reporter's record does not include many of the exhibits that were admitted into evidence at trial. Appellants further explain that the reporter responsible for the record, Yolanda Atkins, informed them that she filed the exhibits with the trial court electronically when she resigned as official court reporter and cannot access them.

We **GRANT** the motion to the extent we **SUSPEND** the brief deadline. We **ORDER** appellants to file, **no later than October 10, 2022**, a list of the missing

exhibits with the trial court clerk as well as LaToya Young-Martinez, the Official Court Reporter for the 255th Judicial District Court.  We further **ORDER** Ms. Young-Martinez to file, **no later than October 17, 2022**, a supplemental reporter's record containing either the trial exhibits or written verification the exhibits cannot be located.  The Court will reset the deadline for the filing of appellants' brief upon the filing of the supplemental reporter's record or requested verification.

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Kim Cooks, Presiding Judge of the 255th Judicial District Court; Ms. Young-Martinez; and, the parties.

/s/    KEN MOLBERG
       JUSTICE